## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. CR20-093 JCC |
| v. | ) |
| | ) DETENTION ORDER |
| JORGE CRUZ-HERNANDEZ, | ) |
| Defendant. | ) |

<u>Offense charged</u>:  Conspiracy to Distribute Controlled Substances; Possession of Fentanyl with Intent to Distribute; Possession of Heroin with Intent to Distribute; Asset Forfeiture Allegations

<u>Date of Detention Hearing</u>:  August 12, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant is a Honduran national without legal status in the U.S. He was previously deported, and admittedly returned to the U.S. without permission several years ago. His Honduran passport has not been located. His ties to this District are minimal. His criminal record includes several drug charges California, the disposition of which was not known. The instant charges involve large quantities of controlled substances, including fentanyl. Defendant is alleged to have participated in a residential burglary in January 2020 at the institution of an individual using a Mexico-based telephone number, in which a significant quantity of heroin and other items were removed from an apartment in Seattle.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person

in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 12th day of August, 2020.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3