Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JORGE CRUZ-HERNANDEZ,<br><br>    Defendant. | Case No.: CR20-093 RSM<br><br>PROPOSED ORDER GRANTING MOTION TO SEAL MOTION FOR APPOINTMENT OF NEW COUNSEL |

ORDER

This Court finds that the Motion for Appointment of New Counsel is a document that is appropriate for filing under seal.  NOW THEREFORE IT IS HEREBY ORDERED that Mr. Cruz-Hernandez's Motion for Appointment of New Counsel SHALL BE FILED UNDER SEAL.

Dated this 30th day of November, 2021

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

s/ Jennifer Horwitz
Jennifer Horwitz WSBA#23695
Attorney for Jorge Cruz-Hernandez
LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. Box 70859
Seattle, WA  98127
Telephone: (206) 799-2797
E-mail: jennifer@jenniferhorwitzlaw.com

ORDER SEALING MOTION FOR
APPOINTMENT OF NEW COUNSEL- 1

LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. BOX 70859
Seattle, WA  98127
(206) 799-2797