The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| UNITED STATES OF AMERICA, | ) | Case No.: CR20-0093 RSM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER TO SEAL DEFENDANT JORGE CRUZ HERNANDEZ'S SENTENCING MEMO |
| JORGE CRUZ-HERNANDEZ, | ) | |
| Defendant. | ) | |

THIS COURT, having considered the argument by counsel that the contents of Defendant Jorge Cruz Hernandez's Sentencing Memorandum should not be available to the public and should be permitted to be filed under seal, and hearing no objection from the government, NOW THEREFORE IT IS HEREBY ORDERD that Defendant Jorge Cruz Hernandez's Sentencing Memo shall be filed under seal.

Dated this 4th day of March, 2022

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDERTO SEAL SENTENCING MEMORANDUM
OF DEFENDANT JORGE CRUZ HERNANDEZ - 1

LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. BOX 70859
Seattle, WA 98127
(206) 799-2797

Respectfully submitted this 4th day of March, 2022.

s/ *Jennifer Horwitz*
Jennifer Horwitz WSBA#23695
Fatima Dilek WSBA #49108
Attorneys for JORGE CRUZ HERNANDEZ
Law Office of Jennifer Horwitz, PLLC
P.O. Box 70859
Seattle, WA 98127
Telephone: (206) 799-2797
E-mail: jennifer@jenniferhorwitzlaw.com

ORDER TO SEAL SENTENCING MEMORANDUM
OF DEFENDANT JORGE CRUZ HERNANDEZ - 2

LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. BOX 70859
Seattle, WA 98127
(206) 799-2797